IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01064-KLM

CHARLES T. COCKRIEL, and
COCKRIEL INSURANCE INC., formerly known as Cockriel Agency Inc.,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#46] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. All claims asserted in this action are **dismissed with prejudice**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is directed to **close** this case.

Dated: September 9, 2015

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge